FILED
ENTERED

JUN -9 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Miguel TORRALBA, et al., | No. 2:09-cv-01869-RCJ-LRL |
| Plaintiffs, | **ORDER** |
| vs. | **HONORABLE ROBERT C. JONES** |
| WALLDESIGN, INCORPORATED, et al., | |
| Defendants. | |

Having reviewed the Stipulation and Notice of Dismissal, and for good cause appearing, **IT IS HEREBY ORDERED THAT** the following individuals are dismissed with prejudice: MIGUEL TORRALBA, ROSARIO MARROQUIN, CESAR ROJAS RAMIREZ, JUAN FARIAS, OSCAR ROJAS RAMIREZ, ANGEL FARIAS, VICTOR URIBE, ISIDRO FLORES, JACOBO MARQUEZ, RICARDO FLORES, TEOFILO PEREZ, JOSE LUIS SANTIAGO MARTINEZ, FELIX PEREZ MANUEL, ROSA RODRIGUEZ, MARIA GUADALUPE URIBE, ROBERTO CRUZ, ISRAEL CRUZ, MARCELO EPIFANIO, ORLANDO RAMIREZ, ESTEBAN MIRANDA, MANUEL MUNOS, FRANCISCO VARGAS, LUIS VARGAS, ROBERTA BARBOSA, JESUS MARTIN PEREZ, GREGORIO CAMPOS, RAMON ENRIQUEZ, ESTHER PEREZ, SERVANDO MORENO, ELEASAR TREJO, JUAN CARLOS ROMERO, CLEMENTE HERNANDEZ GUZMAN, ANGEL PAMPLONA, ARTURO ARTEAGA, OSCAR GARCIA, ALVERTO PLACENCIA, GUSTAVO PLASCENCIA, FERMIN SANDOVAL, FAUSTINO MARTINEZ, and ZENON GARCIA.

**IT IS FURTHER ORDERED THAT** as to any potential future claimants not identified herein, this dismissal shall be *without* prejudice.

Dated this _8_ day of _June_, 2010.

_____
HON. ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

11340371